80 P.3d 1020

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 16, 2003**

| 24783 | State v. Liftee | Affirmed |
|---|---|---|
| 25106 | State v. Swam | Affirmed |

**December 23, 2003**

| 25243 | Mauna Kea Agribusiness Co., Inc. v. Manini | Affirmed |
|---|---|---|
| 24565, 24745 | WP Assoicates v. Busch | Affirmed |

**December 31, 2003**

| 24910 | State v. Caminos | Affirmed |
|---|---|---|
| 25117 | State v. Deparini | Affirmed |
| 24916 | State v. Lee | Affirmed |